UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | **Criminal No.:** |
| v. : | |
| : | **VIOLATIONS: 26 U.S.C. §7203;** |
| : | 47 D.C.C. §4103(a) |
| : | |
| **MARION S. BARRY, JR.,** : | |
| : | |
| Defendant. : | |

## INFORMATION

The United States Attorney charges:

COUNT ONE

On or about April 15, 2001, within the District of Columbia, the defendant, MARION S. BARRY, JR., a person required under the Internal Revenue Code to pay tax and file returns, did knowingly and willfully fail to make a tax return and pay all taxes due and owing to the United States as required, for the period January 1 to December 31, 2000.

**(Willful failure to file return in violation of Title 26, United States Code, Section 7203)**

COUNT TWO

On or about April 15, 2001, within the District of Columbia, the defendant, MARION S. BARRY, JR., a person required under the District of Columbia tax laws to pay a tax and make a return, did knowingly and willfully fail to make a tax return and pay all taxes due and owing to District of Columbia as required, for the period January 1 to December 31, 2000.

**(Willful failure to make return in violation of Title 47, D.C. Code, Section 4103(a))**

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058

_____
James W. Cooper
Assistant United States Attorney
D.C. Bar No. 421169
202-514-6893

_____
Thomas E . Zeno
Assistant United States Attorney
D.C. Bar No. 348623
United States Attorney's Office
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, DC  20530
(202) 514-6957