UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 28 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

v.

MARION S. BARRY, JR,

CR. No 05-556

Defendant

## CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE FOR INQUIRY PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 11.

The United Sates magistrate judge has explained to me that I am charged with a felony and that the magistrate judge, with my consent, may report and recommend that my plea of guilty to a felony be accepted. I hereby consent to the magistrate judge exercising this authority in my case.

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate judge has advised me of my right to trial by jury.

I HEREBY Waive (give up) my right to trial by jury. _Marion Barry_
Defendant's Signature

Consented to by the United States: _Thomas E Zeno_
Signature of Government Counsel

_Thomas E. Zeno, AUSA_
Printed Name and Title.

## REPORT AND RECOMMENDATION

On _____ (date) the defendant appeared before me and expressed his/her desire to plead guilty. Having made the inquiries required by Fed. R. Crim. P. 11, I am convinced that the defendant is pleading guilty voluntarily with a full awareness of the consequences and of

the rights he/she is surrendering by pleading guilty. I am also certain, based on the government's proffer, that there is sufficient evidence to convince a reasonable person that the defendant is guilty beyond a reasonable doubt. I therefore recommend the acceptance of his plea of guilty

_____
U.S. Magistrate Judge