/97

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FIL**E**D

OCT 2 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL No.: *05-556* |
| | : | |
| | : | |
| MARION S. BARRY, JR., | : | |
| | : | |
| Defendant. | : | |

———————————————————

## STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11(c)(1)(B), the United States of America, by and through its undersigned attorney, the United States Attorney for the District of Columbia, and the defendant, MARION S. BARRY, JR., by and through himself and his undersigned counsel, Frederick D. Cooke, Jr., stipulate and agree to the following facts:

For Tax Years 1999 through 2004, defendant, MARION S. BARRY, JR., was a person who was required to file a personal tax return with the Internal Revenue Service and the District of Columbia Office of Tax and Revenue. During this period, defendant, MARION S. BARRY, JR., earned at least $534,000 in income, as reported on Forms W-2 and 1099 filed with the Internal Revenue Service by third parties, which paid these funds to the defendant. This income was subject to federal and District of Columbia taxation. Although this amount of income was subject to taxation, defendant, MARION S. BARRY, JR., failed to pay withholding taxes on the bulk of this income and failed to file any return for Tax Years 1999 through 2004. As defendant, MARION S. BARRY, JR., well knew, he was required under law to submit a tax return to federal and local taxing

authorities and to pay any tax due and owing. Nonetheless, defendant, MARION S. BARRY, JR., failed to submit any return for these years or to pay over the full amount of the tax due.

Immediately after being notified of the criminal investigation, defendant, MARION S. BARRY, JR., agreed to file returns and pay all taxes due, as well as to admit his criminal responsibility. The investigation revealed no evidence of tax evasion.

For the United States:

KENNETH L. WAINSTEIN
ATTORNEY OF THE UNITED STATES
IN AND FOR THE DISTRICT OF COLUMBIA

BY: _____
THOMAS E. ZENO
ASSISTANT UNITED STATES ATTORNEY

_____
JAMES W. COOPER
ASSISTANT UNITED STATES ATTORNEY

For the Defendant:

_____
MARION S. BARRY, JR.

_____
FREDERICK D. COOKE, JR.
ATTORNEY FOR MARION S. BARRY, JR.

2