U.S. Department of Justice
U.S. Attorneys

FILED
OCT 28 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA

v.

MARION S. BARRY, JR.,

Defendant.

Case No. 05-556

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __28th__ day of __October, 2005__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __a date convenient to the parties__ by __Special Agents Don Sender or William S. Randolph, Jr.__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __Department of Treasury-IRS or DC Office of Tax and Revenue__ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __Special Agents Don Sender or William Randolph, Jr.__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
(U.S. Magistrate) Deborah A. Robinson

DEFENSE COUNSEL

DOJ-USA-16-1-80