# UNITED STATES DISTRICT COURT
## FOR THE District of Columbia

UNITED STATES OF AMERICA

                         Plaintiff,

v.

                                              Case No.:
1:05–mj–00556–DAR
Magistrate Judge Deborah
A. Robinson

MARION S. BARRY JR.

                         Defendant.

TYPE OF CASE:            Magistrate Judge

---

## NOTICE OF HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

      NOTICE OF HEARING as to MARION S. BARRY, JR; Sentencing reset for 2/8/2006 at 10:00 AM in Courtroom 25 before Magistrate Judge Deborah A. Robinson. (lm )

**PLACE**

January 6, 2006

                                        Nancy Mayer–Whittington, Clerk
                                                 lm, Deputy Clerk