# UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
PROBATION OFFICE

RICHARD A. HOUCK, JR.
CHIEF UNITED STATES PROBATION OFFICER

E. BARRETT PRETTYMAN U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W., SUITE 2800
WASHINGTON, D.C. 20001-2866
TELEPHONE (202) 565-1300

January 24, 2006

## MEMORANDUM TO THE HONORABLE DEBORAH A. ROBINSON
## UNITED STATES MAGISTRATE JUDGE

**FILED**
**JAN 2 4 2006**
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE:  Marion S. Barry, Jr.
Docket No.: 05-556M-01
**LOCAL RULE 32.2/DISCLOSURE ORDER**

The presentence report in the case of the above-named defendant has been completed and disclosed to counsel for the government and counsel for the defendant in compliance with Local Rule 32.2.

Counsel for the defendant, Frederick D. Cooke, Jr. Has not executed the form entitled, "Receipt and Acknowledgment of Presentence Report."

Please sign the attached Order, per the procedure adopted by the Executive Session of the Court on February 18, 1992, and return a filed copy to the probation office.

Respectfully submitted,

UNITED STATES PROBATION OFFICE

Deborah A. Stevens-Panzer
Senior United States Probation Officer
(202) 565-1422

Enclosures:  Order

cc: Thomas E. Zeno, AUSA and James W. Cooper, AUSA
    Frederick D. Cooke, Jr., Defense Counsel

Approved by: _____
Shari L. McCoy, Supervising
United States Probation Officer
(202) 565-1352