UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. ) DOCKET NO.: 05-556M-01
)
Marion S. Barry, Jr. )

**FILED**

JAN 24 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

The Presentence Report in the above-captioned case has been completed by the U.S. Probation Officer. The probation officer has reported that a copy of the form entitled, "Receipt and Acknowledgment of Presentence Investigation Report" has not been executed by the counsel for the defendant.

Accordingly, it is by the Court, this 24th day of January 2006,

**ORDERED,** that within five days of the date of this Order, counsel for the defendant shall execute the receipt and acknowledgment form and counsel for the defendant shall hand-deliver the same to the U.S. Probation Office.

_____
DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE

January 24, 2006
DATE