Declaration of Don M. Sender

I, Don M. Sender, declare as follows:

1. I am a Special Agent ("SA") with the Criminal Investigation Division of the Internal Revenue Service and have been so employed for more than 2 years. As a SA, I have been involved in several tax related investigations in either a primary or assisting capacity. The facts contained in this affidavit are based on my review of IRS database records, my file on this case and consultation with relevant IRS personnel.

2. I have researched Mr. Marion S. Barry, Jr.'s, IRS database record for the 2005 tax year and have found that he earned sufficient gross income to require the filing of a federal tax return for that year. An "extension to file" form filed in his name required Mr. Barry to submit a 2005 federal tax return to the IRS by October 16, 2006. As of January 31, 2007, there is no IRS record of a federal tax return being filed in the name or under the social security number of Mr. Marion S. Barry, Jr., for the 2005 tax year.

3. Since his sentencing in March 2006, Mr. Barry has not complied with IRS requests to pay his tax due amount in full or voluntarily make regular payments against his tax liability. Although Mr. Barry paid the IRS $1,000 on July 21, 2006, and his CPA signed a letter reiterating Mr. Barry's desire to establish a payment plan, Mr. Barry has not provided the IRS with the form needed to establish an installment payment agreement for his tax due amount. On September 7, 2006, Mr. Barry, his Attorney, and his CPA were called to attend a meeting with an IRS Representative to discuss amending Mr. Barry's prior tax returns and the establishment of an installment payment plan. At this meeting, Mr. Barry's CPA stated they wanted to amend his prior tax returns and monthly expense figures before they finalized a payment plan. From the time of this September meeting to January 31, 2007, the IRS has not received any amended tax returns or additional financial information for Mr. Barry.

4.   As a result of Mr. Barry's non-compliance with the establishment of an installment payment agreement, the IRS instituted salary garnishment proceedings on October 3, 2006. On November 28, 2006 the IRS began receiving regular garnishment payments from Mr. Barry's salary.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 1, 2007.

*Don M. Sender*

Signature of:
Don M. Sender
Special Agent
IRS Criminal Investigation