Declaration of William S. Randolph, Jr.

I, William S. Randolph, Jr., declare as follows:

1. I am a Special Agent with the Criminal Investigation Division (CID), Office of Tax and Revenue (OTR), District of Columbia, and have been so employed for over nine years. I was employed as a Special Agent with the Criminal Investigation Division of the Internal Revenue Service for almost 22 years before I retired. The facts that are contained in this affidavit are based on my review of OTR system records, my files relative to the case and consultation with relative OTR personnel.

2. I am familiar with the means used to query the Integrated Tax System (ITS) used by OTR to record the filing of income tax returns and the payment of those taxes.

3. I researched the system to look up relevant information on Marion S. Barry, Jr., using both an alpha search based on his name and a numeric search based on his Social Security Number (SSN).

4. These searches revealed that as of January 31, 2007, no 2005 DC Individual Income Tax return appears in the system.

5. These searches revealed that no extension of time to file the 2005 tax return had been received prior to April 18, 2006. Even if an extension request had been filed timely, the due date for any return, after extension, would have been October 18, 2006.

I declare under penalty of perjury that forgoing is true and correct. Executed on February 1, 2007.

William S. Randolph, Jr.
Special Agent
Criminal Investigation Division
Office of Tax & Revenue