UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05- 556M (DAR)** |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **MARION S. BARRY, JR.,** | : | |
| | : | |
| Defendant. | : | |

**SUMMONS**
**FOR HEARING TO REVOKE PROBATION**

This matter comes before the Court upon the Government's Motion to Revoke Probation. Based upon the information contained in and the affidavits attached to the government's motion, the Court has determined to hold a revocation hearing pursuant to Fed. R. Crim. P. 32.1. Accordingly, it is this ___ day of February, 2007

ORDERED that the defendant shall appear before the Court for a revocation hearing on the ____ day of _____, 2007, at _____.

IT IS FURTHER ORDERED that the alleged violations of probation which will be the subject of the hearing are: 1) the failure to file a federal tax return for Tax Year 2005; and 2) the failure to file a District of Columbia tax return for Tax Year 2005.

                                                           _____
                                                           DEBORAH A. ROBINSON
                                                           United States Magistrate Judge