UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

MARION S. BARRY, JR.,

Defendant.

Criminal No. 05-0556M-01
DAR

## ORDER

On February 1, 2007, the United States filed "Government's Motion to Revoke Probation" (Document No. 13). The Local Rules of this Court require that the opposition to a motion be served and filed within 11 days of service of the motion, "or at such other time as the Court may direct." LCrR 47(b).[*] The 11-day period has passed, and, as of this date, Defendant, through his counsel, has filed no opposition or other response, nor moved for an extension of time in which to do so.

It is hereby **ORDERED** that Defendant shall file any motion for enlargement of time in which to serve and file his opposition or other response to the government's motion no later than March 2, 2007.

February 26, 2007

_____
DEBORAH A. ROBINSON
United States Magistrate Judge

---

[*] Rule 47(b) of the Local Criminal Rules also provides that "[i]f [an opposition] is not filed within the prescribed time, the Court may treat the motion as conceded."