UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 05-0556M-01 |
| ) | DAR |
| MARION S. BARRY, JR., ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO ENLARGE TIME IN WHICH TO FILE
OPPOSITION TO GOVERNMENT'S MOTION TO REVOKE PROBATION**

Defendant Marion S. Barry, Jr. (hereinafter "Defendant"), by and through undersigned counsel respectfully submits his motion for an enlargement of time in which to file his opposition to the government's motion to revoke probation that has been filed herein. As reasons for the grant of this motion, Defendant states as follows:

1. The Government filed a motion styled "Government's Motion to Revoke Probation" on February 1, 2007.

2. While styled as a motion to revoke Defendant's probation, undersigned counsel did not read the motion as resulting in revocation of Defendant's probation (nor could it under the Federal Rules of Criminal Procedure). Undersigned counsel read the motion as requesting a hearing so that this Court could consider the allegations raised in the motion, and make a determination as to whether Defendant's probation should be revoked, modified, or remain the same.

3. For that reason, counsel did not file an opposition to the motion (or request for hearing) within the time period provided by the rules of this Court. Undersigned counsel believed that any substantive response to the allegations raised in the

motion would be raised either in a pleading that would be filed after the hearing date was scheduled by this Court, or at the hearing itself.

4. This Court's Order of February 26, 2007 has caused counsel to reconsider his earlier position.

5. For that reason, undersigned counsel hereby requests an enlargement of time in which to submit Defendant's opposition to the Government's motion to revoke probation up to and including today's date. A copy of Defendant's opposition to the Government's motion to revoke probation is attached to this motion as Attachment A.

WHEREFORE, Defendant respectfully requests that this Court grant an enlargement of time up to and including today's date to submit and serve Defendant's opposition to the Government's motion to revoke probation, and that Defendant's opposition to the Government's motion to revoke probation that was due to be filed on February 12, 2007 and is attached to the instant motion be accepted for filing nunc pro tunc.

Respectfully submitted,

/s/ Frederick D. Cooke, Jr.

---

Frederick D. Cooke, Jr., D.C. Bar No. 164608
Rubin, Winston, Diercks, Harris & Cooke, LLP
1155 Connecticut Avenue, NW, Suite 600
Washington, D. C. 20036
202 861 0870
202 429 0657 (facsimile)

Counsel for Defendant Marion S. Barry, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 05-0556M-01 |
| ) | DAR |
| MARION S. BARRY, JR., ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of Defendant's motion for an enlargement of time in which to file and serve Defendant's opposition to the Government's motion to revoke probation, it is this _____ day of March, 2007 ORDERED that the motion is hereby GRANTED; and it is

FURTHER ORDERED, that Defendant's opposition to the Government's motion to revoke probation that was due to be filed on February 12, 2007 is hereby accepted for filing nunc pro tunc.

DEBORAH A. ROBINSON
United States Magistrate Judgge

**ATTACHMENT A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        )
                                )
vs.                             )   Criminal No. 05-0556M-01
                                )            DAR
MARION S. BARRY, JR.,           )
                                )
         Defendant              )

**DEFENDANT'S OPPOSITION TO GOVERNMENT'S
MOTION TO REVOKE PROBATION**

Defendant Marion Barry, Jr. (hereinafter "Defendant") by and through undersigned counsel, respectfully submits his opposition to the government's motion to revoke probation that has been filed herein. As reasons for his opposition, Defendant states as follows:

**Background**

On March 9, 2006, Defendant was sentenced by this Court to three years of probation pursuant to Defendant's guilty plea to failure to file a federal income tax return, and failure to file a District of Columbia tax return. Conditions, inter alia, of that probation imposed by this Court were that "While on probation, the defendant shall not commit another federal, state, or local crime", that the Defendant "...comply with directives of the federal and local tax authorities regarding payment of taxes, penalties and interest."

The Government seeks revocation of Defendant's probation because Defendant is alleged to have not (as of January 31, 2007) filed his federal or District income tax returns for 2005. The Government alleges further that Defendant has failed to reach an agreement to pay a set monthly amount towards his outstanding tax debt to the federal government.

1

## **Argument**

Defendant submits that his probation should not be revoked in this matter. Defendant submits that his probation should be continued.

First, Defendant notes that his 2005 federal and District income tax returns have now been filed (on February 9 and February 10, 2007 respectively) with the appropriate tax authorities. There are small outstanding balances due on each return. The tax authorities have not issued any letters or notices asserting a greater tax liability, nor have they issued any letter or notice of demand for payment of these balances. Notwithstanding the lack of any demand notice, Defendant will pay those balances in full shortly.

The Government's motion does not mention that Defendant has successfully negotiated a payment agreement with the government of the District of Columbia for payment of the outstanding tax debt to the District of Columbia. That agreement was concluded in November of 2006, and payments began in January of 2007.

With respect to Defendant successfully negotiating a similar agreement with the Internal Revenue Service (IRS), Defendant was not successful. Defendant and the IRS could not agree as to the payment amount that would be made on a monthly basis. Defendant did not and does not believe that his probation required him to enter into any payment agreement proposed by the IRS no matter how onerous. Defendant believed ( and still believes) that the payment demands of the IRS were excessive. When no agreement regarding payment could be reached, the IRS chose to employ an "involuntary deduction" or garnishment as a means of coercing Defendant to make a payment that the IRS desired. The involuntary deduction is being applied by the IRS to the payment of taxes, penalties, and interest owed by Defendant to the federal government.

2

Defendant has not appealed, protested, or resisted the involuntary deduction imposed by the IRS. Defendant believes that the current involuntary deduction being taken by the IRS is the maximum deduction that IRS regulations allow to be taken from Defendant's salary. Because Defendant has not appealed, opposed, or resisted the involuntary deduction and because the involuntary deduction is the maximum amount that the IRS could deduct from Defendant's salary, Defendant believes that he is in compliance with the condition of his probation to abide by directives of the IRS regarding payment of taxes, penalties and interest.

Defendant is in satisfactory compliance with the other terms of his probation. His probation officer has not joined in the Government's motion, and has not requested revocation of Defendant's probation for any other reason.

### Conclusion

For the foregoing reasons, Defendant respectfully requests that the Government's motion to revoke his probation be denied, and that Defendant be allowed to continue with the probation imposed by this Court on March 9, 2006.

Respectfully submitted,

/s/ Frederick D. Cooke, Jr.

Frederick D. Cooke, Jr., D.C. Bar No. 164608

Rubin, Winston, Diercks, Harris & Cooke, LLP
1155 Connecticut Avenue, NW, Suite 600
Washington, D.C. 20036
202 861 0870
202 429 0657 (facsimile)

Counsel for Defendant Marion S. Barry, Jr.

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 05-0556M-01 |
| ) | DAR |
| MARION S. BARRY, JR., ) | |
| ) | |
| Defendant ) | |

### ORDER

Upon consideration of the Government's Motion to Revoke Probation, and Defendant's opposition thereto, it is this _____ day of _____, 2007 ORDERED that the motion is hereby DENIED.

_____
DEBORAH A. ROBINSON
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I, Frederick D. Cooke, Jr., do hereby certify that on this 2nd day of March, 2007 that a copy of the foregoing Defendant's Motion to Enlarge Time in Which to File Opposition to Government's Motion to Revoke Probation was electronically served and mailed by first class mail, postage pre paid, to:

>James W. Cooper, Esq.
>Thomas E. Zeno, Esq.
>Assistant United States Attorneys
>555 Fourth Street, NW
>Fifth Floor
>Washington, D.C. 20001

/s/ Frederick D. Cooke, Jr.
_____
Frederick D. Cooke, Jr.