UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR - 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.                     ) | Criminal No. 05-0556M-01 |
| ) | DAR |
| MARION S. BARRY, JR.,   ) | |
| ) | |
| Defendant.              ) | |

### ORDER

Upon consideration of Defendant's motion for an enlargement of time in which to file and serve Defendant's opposition to the Government's motion to revoke probation, it is this 2nd day of March, 2007 ORDERED that the motion is hereby GRANTED; and it is

FURTHER ORDERED, that Defendant's opposition to the Government's motion to revoke probation that was due to be filed on February 12, 2007 is hereby accepted for filing nunc pro tunc.

DEBORAH A. ROBINSON
United States Magistrate Judge