UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 05-0556M-01 |
| ) | DAR |
| MARION S. BARRY, JR., ) | |
| ) | |
| Defendant ) | |

### ORDER

Upon consideration of the Government's Motion to Revoke Probation, and Defendant's opposition thereto, it is this _____ day of _____, 2007 ORDERED that the motion is hereby DENIED.

                                                                                DEBORAH A. ROBINSON
                                                                               United States Magistrate Judge