UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.    ) | CRIMINAL No. 05-556M |
| ) | (TFH/DAR) |
| MARION S. BARRY, JR.,    ) | |
| ) | |
| Defendant.    ) | |

## ORDER

Defendant timely filed his opposition to the Government's appeal of Magistrate Judge Robinson's denial of the Government's Motion to Revoke Probation on April 5, 2007. [dkt. 22] The Government's reply is therefore due on April 12, 2007.  It is hereby **ORDERED** that in addition to whatever arguments it may raise in its reply, the Government shall include argument as to the application of Civil Rule 40.7(g) of the Rules of the United States District Court for the District of Columbia to the case at bar.  Additionally, it is further **ORDERED** that Defendant shall address the application of Civil Rule 40.7(g) by April 12, 2007.

**SO ORDERED**.

April 9, 2007                                                            /s/
                                                                    Thomas F. Hogan
                                                                    Chief Judge