UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal No. 05-0556M-01 |
| | ) | TJH/DAR |
| MARION S. BARRY, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S SUPPLEMENT TO DEFENDANT'S OPPOSITION TO GOVERNMENT'S APPEAL OF MAGISTRATE JUDGE'S DENIAL OF GOVERNMENT'S MOTION TO REVOKE PROBATION**

Defendant Marion S. Barry, Jr. (hereinafter "Defendant"), by and through undersigned counsel respectfully submits his supplement to his opposition to the Government's appeal of the Magistrate Judge's denial of Government's motion to revoke Defendant's probation in this matter. In its Order of April 9, 2007, this Court directed Defendant to address the application of Local Civil Rule 40.7(g) to this matter.

**Applicability of Local Civil Rule 40.7(g) to this Matter**

Defendant is of the view that to the extent that the Government may appeal the Magistrate Judge's denial of the Government's motion to revoke Defendant's probation in this matter[1], Civil Rule 40.7(g)[2] of the Rules of the United States District Court for the District of Columbia assigns responsibility for ruling on such appeal to this Court.

---

[1] For the reasons argued in his Opposition to the Government's appeal, Defendant respectfully maintains that this Court is without jurisdiction to consider the Government's appeal in this matter.

[2] The wording of Local Criminal Rule 57.14(7) is the same as Local Civil Rule 40.7(g) except that the relevant subsection is denoted (7) rather than (g). This rule would seem to be equally applicable.

1

With the jurisdictional caveat noted above, Defendant is of the view that the Government's appeal in this matter is the responsibility of this Court because the underlying matter was never assigned to a judge of this Court. The underlying misdemeanor matter was begun with the filing of an information by the Government. Pursuant to Local Criminal Rule 57.20 (which implements 18 U.S. C. section 3401), that information was assigned directly to the Magistrate Judge. Pursuant to that assignment, this matter has been handled exclusively by the Magistrate Judge.

In this matter, the import of Local Civil Rule 40.7(g) and/or Local Criminal Rule 57.14(7), is that the Chief Judge of this Court is to hear and determine the request of the Government for review of the ruling by the Magistrate Judge because the underlying criminal case had not already been assigned to a judge of this Court. The rule(s) assigns an additional duty of the Chief Judge when a criminal matter has not already been assigned to another judge of this Court. The rule(s) should not be read, however, as a grant of jurisdiction.

Respectfully submitted,

/s/ Frederick D. Cooke, Jr.
_____
Frederick D. Cooke, Jr., D.C. Bar No. 164608
Rubin, Winston, Diercks, Harris & Cooke, LLP
1155 Connecticut Avenue, NW, Suite 600
Washington, D. C. 20036
202 861 0870
202 429 0657 (facsimile)

Counsel for Defendant Marion S. Barry, Jr.

## CERTIFICATE OF SERVICE

I, Frederick D. Cooke, Jr., do hereby certify that on this 12th day of April, 2007 that a copy of the foregoing Defendant's Supplement to Defendant's Opposition to Government's Motion to Revoke Probation was electronically served and mailed by first class mail, postage pre paid, to:

        James W. Cooper, Esq.
        Thomas E. Zeno, Esq.
        Assistant United States Attorneys
        555 Fourth Street, NW
        Fifth Floor
        Washington, D.C. 20001

                                /s/ Frederick D. Cooke, Jr.
                              _____
                              Frederick D. Cooke, Jr.