UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| v.   ) | **CRIMINAL No. 05-556M   (TFH/DAR)** |
| ) | |
| **MARION S. BARRY, JR.,**   ) | |
| ) | |
| **Defendant.**   ) | |

### ORDER

For the reasons stated in the memorandum opinion that accompanies this order, it is, hereby, **ORDERED** that the magistrate judge's Order of March 12, 2007, is reversed and remanded for a decision on the merits.

**SO ORDERED.**

April 26, 2007                                                            /s/
                                                              Thomas F. Hogan
                                                              Chief Judge