UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05- 556M (DAR) |
| | : | |
| v. | : | |
| | : | |
| MARION S. BARRY, JR., | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S UNOPPOSED MOTION
## TO RESET PROBATION REVOCATION HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this unopposed motion regarding the schedule for a hearing on the government's motion to revoke probation. The Court set this matter for hearing on May 4. It is the government's understanding that this date is not available or convenient for the defendant. In addition, one of the government's counsel will be out of the country on that date. After consultation with the Court's clerk, it is the government's understanding that May 22 is an available date with the Court and defendant. Therefore, the government respectfully moves that the hearing be set for May 22, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

BY:     /s/_____
JAMES W. COOPER
ASSISTANT U.S. ATTORNEY
555 Fourth Street, N.W., Fifth Floor
Washington, D.C.  20510
PH:  202-514-6893
FAX:  202-514-8782
E-mail:  James.Cooper3@usdoj.gov