UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05- 556M (DAR)** |
| | : | |
| v. | : | |
| | : | |
| **MARION S. BARRY, JR.,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the unopposed motion to reset hearing in this probation revocation matter for May 22, 2007, the Court ORDERS that the motion be GRANTED, and further ORDERS that a hearing on the Government's Motion to Revoke Probation be scheduled for May 22, 2007, at _____ a.m./p.m.

SO ORDERED.

DATED: _____    _____
THE HONORABLE DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE