# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05- 556M (DAR)** |
| | : | |
| v. | : | |
| | : | **FILED** |
| **MARION S. BARRY, JR.,** | : | |
| | : | MAY 1 - 2007 |
| **Defendant.** | : | |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the United States' unopposed motion to reset hearing in this probation revocation

matter for May 22, 2007, the Court ORDERS that the motion be GRANTED, and further ORDERS

that a hearing on the Government's Motion to Revoke Probation be scheduled for May 22, 2007, at

3:00 ~~a.m.~~/p.m.

SO ORDERED.

DATED May 1, 2007

THE HONORABLE DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE