UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal No. 05-0556M-01 |
| | ) | DAR |
| MARION S. BARRY, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION OF DEFENDANT TO CONTINUE STATUS CONFERENCE**

Defendant Marion S. Barry, Jr. (hereinafter "Defendant"), by and through undersigned counsel respectfully submits his unopposed motion to continue the status conference currently set in the above-captioned matter for May 22, 2007. As reasons for the grant of this motion, Defendant states as follows:

1. A status conference was set in this matter for May 22, 2007 at the request of counsel for Defendant and the Government.

2. After that date was set, Defendant advised his counsel that the May 22, 2007 date conflicted with a previously established matter for Defendant.

3. Counsel for Defendant, and the Government have discussed an alternative date for the status conference, and propose that the status conference be continued to either June 21, 2007, or June 22, 2007 in the afternoon (for both dates), or such other date after June 22, 2007 that this Court's calendar can accommodate.

4. Undersigned counsel represents that the instant motion is unopposed by the Government.

WHEREFORE, Defendant respectfully requests that this Court a continuance of the status conference that is currently set in this matter for May 22, 2007 to either the afternoon of June 21, 2007, the afternoon of June 22, 2007, or such other date after June 22, 2007 as this Court's calendar may accommodate.

Respectfully submitted,

/s/ Frederick D. Cooke, Jr.

---

Frederick D. Cooke, Jr., D.C. Bar No. 164608
Rubin, Winston, Diercks, Harris & Cooke, LLP
1155 Connecticut Avenue, NW, Suite 600
Washington, D. C. 20036
202 861 0870
202 429 0657 (facsimile)

Counsel for Defendant Marion S. Barry, Jr.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 05-0556M-01 |
| ) | DAR |
| MARION S. BARRY, JR., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Defendant's unopposed motion to continue the status conference in this matter that is currently set for May 22, 2007, it is this _____ day of May, 2007 ORDERED that the motion is hereby GRANTED; and it is

FURTHER ORDERED, that the status conference in this matter shall be continued to the _____ day of _____, 2007 at _____.

_____
DEBORAH A. ROBINSON
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I, Frederick D. Cooke, Jr., do hereby certify that on this 18th day of May, 2007 that a copy of the foregoing Defendant's Unopposed Motion to Continue Status Conference was electronically served and mailed by first class mail, postage pre paid, to:

> James W. Cooper, Esq.
> Thomas E. Zeno, Esq.
> Assistant United States Attorneys
> 555 Fourth Street, NW
> Fifth Floor
> Washington, D.C. 20001

/s/ Frederick D. Cooke, Jr.
_____
Frederick D. Cooke, Jr.