UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 18 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 05-0556M-01
) DAR
MARION S. BARRY, JR., )
)
        Defendant. )

## ORDER

Upon consideration of Defendant's unopposed motion to continue the ~~status conference in this matter~~ *hearing on the Government's Motion to Revoke Probation* that is currently set for May 22, 2007, it is this 18th day of May, 2007

ORDERED that the motion is hereby GRANTED; and it is

FURTHER ORDERED, that the status conference in this matter shall be continued to the 21st day of June, 2007 at 2:00 pm.

DEBORAH A. ROBINSON
United States Magistrate Judge