UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05- 556M (DAR) |
| v. | : | |
| MARION S. BARRY, JR., | : | |
| Defendant. | : | |

**GOVERNMENT'S SUPPLEMENT TO ITS MOTION TO REVOKE PROBATION**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this supplement to its motion to revoke probation.

It is well established that the government may seek to revoke a defendant's probation when the defendant has committed a new offense regardless of whether that offense has been charged as a separate crime. *See, e.g.*, United States v. Venable, 416 F.Supp.2d 64, 75-79 (D.D.C. 2006). In this case, the government has moved to revoke the defendant's probation because he violated the Judgment and Commitment Order of March 20, 2006, by committing two new offenses in that the defendant:

1) failed to file timely his federal tax return for tax year 2005, and

2) failed to file timely his District of Columbia tax return for tax year 2005.

In order to prove the violation by the applicable standard, which is a preponderance of the evidence, *see* 18 U.S.C.A. Section 3583(e)(3); Venable, supra, 416 F.Supp.2d. at 76, the government will rely upon the following:

> Government's Exhibit 1 to its motion to revoke probation, the Declaration of Special Agent Don M. Sender, which was signed February 1, 2007 (attached for the Court's convenience);

Government's Exhibit 2 to its motion to revoke probation, the Declaration of Special Agent William S. Randolph, Jr., which was signed February 1, 2007 (attached for the Court's convenience);

The fact that Marion Barry, Jr., filed his federal tax return for tax year 2005 on February 9, 2007;

The fact that Marion Barry, Jr., filed his District of Columbia tax return for tax year 2005 on February 10, 2007;

The Statement of Offense signed by the defendant and presented to the Court on October 25, 2005 (attached for the Court's convenience);

The transcript of the sentencing proceeding which occurred before the Court on March 9, 2006 (attached for the Court's convenience).

                    Respectfully submitted,

                    JEFFREY A. TAYLOR
                    UNITED STATES ATTORNEY
                    D.C. Bar No. 498610

BY:

                    _____
                    /s/ Attorney's Typed Signature
                    THOMAS E. ZENO
                    D.C. Bar No. 348623
                    Assistant United States Attorney
                    555 Fourth Street, N.W., Fifth Floor
                    Washington, DC  20530
                    (202) 514-6957