**FILED**

SEP 0 5 2008

Clerk, U.S. District and
Bankruptcy Courts

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

U.S.A. vs. Marion Barry                              Docket No.: **1:05-00556M-01**

---

The Court may enter a minute order for any of the following options:
Note: If this is a **sealed case**, the Court should sign this order and give it to your Courtroom Deputy for processing.

THE COURT ORDERS:

☑ Concur with recommendation of the Probation Office *(Grant permission to travel outside of the United States)*

☐ No action

☐ Issuance of a warrant and scheduling of a Hearing on Violation upon execution of the warrant.

☐ Issuance of a summons and scheduling of a Hearing on Violation

☐ Schedule ____Hearing on Violation or ____Modification Hearing with Voluntary appearance

   ☐ Hearing to modify, revoke or terminate supervised release shall be held before a magistrate judge.

☐ Other _____
_____
_____

_____
Deborah A. Robinson
United States Magistrate Judge

9/5/08
Date